(February 15, 2007)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
MICHAEL HECKERMAN, Appellant. [829 NYS2d 739]—

Peters, J. Appeal from a judgment of the County Court of
Ulster County (Bruhn, J.), rendered July 27, 2004, convicting
defendant upon his plea of guilty of the crime of burglary in the
second degree.

Defendant pleaded guilty to burglary in the second degree in
full satisfaction of an eight-count indictment and was sentenced,
in accordance with the negotiated plea agreement, to a prison
term of 3¹/₂ years followed by five years of postrelease supervi-
sion. He now appeals, maintaining that his ambiguous respon-
ses to County Court's inquiries during his plea allocution cast
doubt as to his commission of the crime to which he pleaded
guilty. We disagree and affirm.

During his plea colloquy, defendant informed County Court
that he unlawfully entered a dwelling through "an unlocked
front door," picked up a purse "and exited with it." Further-
more, the record likewise demonstrates that his guilty plea was
made in a knowing, intelligent and voluntary manner (*see People
v McEnteggart*, 26 AD3d 643, 643 [2006], *lv denied* 7 NY3d 759
[2006]). In addition to advising defendant of the rights he was
relinquishing by pleading guilty, and ensuring that he under-
stood those rights, County Court explained the consequences of
his plea to defendant, who nonetheless expressed his desire to
plead guilty and admitted to having committed the crime
charged (*see People v Nesbitt*, 23 AD3d 836, 837 [2005], *lv denied*
6 NY3d 816 [2006]).

We have considered defendant's remaining claims and have
determined that they are without merit.

Crew III, J.P., Mugglin, Lahtinen and Kane, JJ., concur.
Ordered that the judgment is affirmed.